UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:
CAROL MARLENE FREEL                                 Case No. 20-10417-TBM
                                                                            Chapter 7

      Debtor
_____

ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH THE ANCHOR LAW FIRM
_____

     THIS MATTER coming on for consideration of the Trustee's Motion to Approve Settlement Agreement with The Anchor Law Firm;

     the Court having reviewed same and the Court's own file,

     HEREBY FINDS AND ORDERS that service of Movant's (Trustee's) Motion and Notice was timely provided on all interested parties; and no objections to or requests for hearing on the Motion were received by the Court. Therefore,

     IT IS HEREBY ORDERED that Trustee's Motion to Approve Settlement with The Anchor Law Firm is Granted.

     DATED this ____ day of _____, 2020_____.

                                          BY THE COURT:

                                          _____
                                          U.S. Bankruptcy Court Judge