# District of Colorado
# Claims Register

### 20-10417-TBM Carol Marlene Freel

**Judge:** Thomas B. McNamara  **Chapter:** 7
**Office:** Denver  **Last Date to file claims:**
**Trustee:** Jeffrey L. Hill  **Last Date to file (Govt):**

| Creditor: (18732514) | Claim No: 1 | Status: |
|---|---|---|
| MERRICK BANK | *Original Filed Date*: 03/10/2020 | *Filed by:* CR |
| Resurgent Capital Services | *Original Entered Date*: 03/10/2020 | *Entered by:* David Lamb |
| PO Box 10368 | | *Modified:* |
| Greenville, SC 29603-0368 | | |

Amount claimed: $2975.24
Secured claimed: $0.00

*History:*
Details  1-1  03/10/2020  Claim #1 filed by MERRICK BANK, Amount claimed: $2975.24 (Lamb, David)
*Description:*
*Remarks:*

| Creditor: (18734552) | Claim No: 2 | Status: |
|---|---|---|
| Discover Bank | *Original Filed Date*: 03/12/2020 | *Filed by:* CR |
| Discover Products Inc | *Original Entered Date*: 03/12/2020 | *Entered by:* Discover Financial Services |
| PO Box 3025 | | *Modified:* |
| New Albany, OH 43054-3025 | | |

Amount claimed: $2371.38

*History:*
Details  2-1  03/12/2020  Claim #2 filed by Discover Bank, Amount claimed: $2371.38 (Discover Financial Services)
*Description:*
*Remarks:*

| Creditor: (18740604) | Claim No: 3 | Status: |
|---|---|---|
| Quantum3 Group LLC as agent for | *Original Filed Date*: 03/18/2020 | *Filed by:* CR |
| Crown Asset Management LLC | *Original Entered Date*: 03/18/2020 | *Entered by:* Kayla Nicole Klabunde |
| PO Box 788 | | *Modified:* |
| Kirkland, WA 98083-0788 | | |

Amount claimed: $1853.27

*History:*
Details  3-1  03/18/2020  Claim #3 filed by Quantum3 Group LLC as agent for, Amount claimed: $1853.27 (Klabunde, Kayla)
*Description:* (3-1) Money Loaned
*Remarks:*

| Creditor: (18755856) | Claim No: 4 | Status: |

| | | |
|---|---|---|
| Montgomery Ward<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380 | *Original Filed Date*: 04/03/2020<br>*Original Entered Date*: 04/03/2020 | *Filed by:* CR<br>*Entered by:* Michael D Foote<br>*Modified:* |

Amount claimed: $1307.08

*History:*

Details   4-1   04/03/2020  Claim #4 filed by Montgomery Ward, Amount claimed: $1307.08 (Foote, Michael)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (18763931)<br>JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 | **Claim No: 5**<br>*Original Filed Date*: 04/16/2020<br>*Original Entered Date*: 04/16/2020 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Efrem Craig<br>*Modified:* |

Amount claimed: $1886.18

*History:*

Details   5-1   04/16/2020  Claim #5 filed by JPMorgan Chase Bank, N.A., Amount claimed: $1886.18 (Craig, Efrem)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (18790109)<br>LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 6**<br>*Original Filed Date*: 05/18/2020<br>*Original Entered Date*: 05/18/2020 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Julia Doan<br>*Modified:* |

Amount  claimed: $1290.29
Secured  claimed:      $0.00

*History:*

Details   6-1   05/18/2020  Claim #6 filed by LVNV Funding, LLC, Amount claimed: $1290.29 (Doan, Julia)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (18790109)<br>LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 7**<br>*Original Filed Date*: 05/18/2020<br>*Original Entered Date*: 05/18/2020 | *Status:*<br>*Filed by:* CR<br>*Entered by:* David Lamb<br>*Modified:* |

Amount  claimed: $1171.69
Secured  claimed:      $0.00

*History:*

Details   7-1   05/18/2020  Claim #7 filed by LVNV Funding, LLC, Amount claimed: $1171.69 (Lamb, David)

*Description:*
*Remarks:*

| | |
|---|---|
| *Creditor:*  (18790109)<br>LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 8**<br>*Original Filed Date*: 05/18/2020<br>*Original Entered Date*: 05/18/2020 |
| *Status:*<br>*Filed by:* CR<br>*Entered by:* David Lamb<br>*Modified:* | |

  Amount claimed: $4829.35
  Secured claimed:     $0.00

*History:*

  Details    8-1    05/18/2020   Claim #8 filed by LVNV Funding, LLC, Amount claimed: $4829.35 (Lamb, David)

*Description:*

*Remarks:*

| | |
|---|---|
| *Creditor:*  (18802044)<br>Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | **Claim No: 9**<br>*Original Filed Date*: 06/02/2020<br>*Original Entered Date*: 06/02/2020 |
| *Status:*<br>*Filed by:* CR<br>*Entered by:* Portfolio Recovery Associates, LLC<br>*Modified:* | |

  Amount claimed: $906.79

*History:*

  Details    9-1    06/02/2020   Claim #9 filed by Synchrony Bank, Amount claimed: $906.79 (Portfolio Recovery Associates, LLC)

*Description:*

*Remarks:* (9-1) Walmart Credit Card or GEMB or GECRB

# Claims Register Summary

**Case Name:** Carol Marlene Freel
**Case Number:** 20-10417-TBM
**Chapter:** 7
**Date Filed:** 01/21/2020
**Total Number Of Claims:** 9

| Total Amount Claimed* | $18591.27 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $0.00 | |
| **Priority** | | |
| **Administrative** | | |

## PACER Service Center

### Transaction Receipt

09/18/2020 11:36:43

| **PACER Login:** | Jazzophile9018 | **Client Code:** | |
|---|---|---|---|
| **Description:** | Claims Register | **Search Criteria:** | 20-10417-TBM Filed or Entered From: 1/1/1990 Filed or Entered To: 9/18/2020 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt flag:** | Not Exempt | **Exempt reason:** | Not Exempt |