| Fill in this Information to identify the case: | | |
|---|---|---|
| Debtor 1 | CAROL MARLENE FREEL | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: US District of CO (State) | | |
| Case number: 20-10417 | | |

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $12,740.76 |
|---|---|
| Claimant's Name: | Danna L. Edwards |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 23403 E. Bailey Place<br>Aurora, CO 80016<br>dannaedwards1@gmail.com<br>720-498-0057 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- ☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- ☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- ☐ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).
- ☑ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

[✓] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Colorado
1801 California Street
Suite 1600
Denver, CO 80202

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 6-17-21

Signature of Applicant: *Danna L Edwards*

Printed Name of Applicant: DANNA L. Edwards

Address: Danna L. Edwards
23403 E Bailey Pl
Aurora, CO 80016

Telephone: 720-498-0057

Email: damaedwards1@gmail.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:

Signature of Co-Applicant (if applicable):

Printed Name of Co-Applicant (if applicable):

Address:

Telephone:

Email:

**6. Notarization**
STATE OF Colorado
COUNTY OF Arapahoe

This Application for Unclaimed Funds, dated 06/17/2021 was subscribed and sworn to before me this 17 day of June, 2021 by

*Danna L Edwards*

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public *Darlene K Hall*

My commission expires: 01-27-2024

DARLENE K. HALL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20044002097
MY COMMISSION EXPIRES 01/27/2024

**6. Notarization**
STATE OF
COUNTY OF

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires:

Form 1340 — Application for Payment of Unclaimed Funds — Page 2