Fill in this information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | Carol | Marlene | Freel |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of Colorado
(State)

Case number: 20-10417

FILED
CLERK OF COURT
AUG 2 6 2021
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $12,740.76 |
| Claimant's Name: | Grace Recovery Center, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 9509 Waterman Dr.<br>Aubrey, TX<br>76227<br>714.552.1034<br>gracerecoverycenterusa@gmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☒ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same. [3] The Owner of Record is the original payee.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

### 4. Notice to United States Attorney
☐ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Colorado
1801 California Street Suite 1600
Denver, CO 80202

### 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: __August 24, 2021__

Signature of Applicant /s/

Rosa Petritz

Printed Name of Applicant Address:
9509 Waterman Dr.
Aubrey, TX 76227
Telephone: 714.552.1034

Email: gracerecoverycenterusa@gmail.com

### 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable) Address:

Telephone: _____

Email: _____

### 6. Notarization
STATE OF __Texas__

COUNTY OF __Denton__

This Application for Unclaimed Funds, dated __August 24, 2021__ was subscribed and sworn to before me this __24th__ day of __August__, 2021 by __Rosa Petritz__

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public /s/
HARRISON RICO
Notary ID #132151259
My Commission expires: 08/28/2023
August 28, 2023

### 6. Notarization
STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20____ by _____

who signed above and is personally known to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: _____

UNITED STATES BANKRUPTCY COURT
District of Colorado

-----------------------------------x

In Re: Carol Marlene Freel

CASE NO. 20-10417

FILED
CLERK OF COURT
AUG 2 6 2021
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

-------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies on __August 24, 2021__, a copy of the Application for Payment of Unclaimed Funds, was deposited in an enclosed, properly addressed postage paid envelope, and served

by US First Class Mail upon the following:

Office of United States Attorney
District of Colorado
1801 California St.
Ste. 1600
Denver, CO
80202

Date; August 24, 2021

_____
Signature

Printed Name: Rosa Petritz
Company Name: Grace Recovery Center, LLC
Company Address: 9509 Waterman Dr. Aubrey, TX 76227

Certificate of Service for Application for Payment of Unclaimed Funds